CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
___NASHVILLE___ DIVISION

| | |
|---|---|
| Indictment | (x) |
| Complaint | ( ) |
| Information | ( ) |
| Misdemeanor | ( ) |
| Felony | (x) |
| Juvenile | ( ) |

County of Offense: __Davidson__
AUSA's NAME: __Taylor J. Phillips__

Reviewed by AUSA: _TJP_
(Initials)

OLEKSII OLEKSIYOVYCH LYTVYNENKO
Defendant's Full Name

Ireland
Defendant's Address

Interpreter Needed?  __X__ Yes  ____ No

If Yes, what language?  __Ukrainian__

Defendant's Attorney

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Violate the CFAA | 5 years | $250,000 |
| 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Fraud | 20 years | $250,000 |
| | | | | |
| | | | | |
| | | Forfeiture | | |

*Pursuant to 18 U.S.C. §3014, the defendant may be subject to an additional $5000 special assessment.

Is the defendant currently in custody?  ( ) Yes  (x) No

Has a complaint been filed?  ( ) Yes  (x) No
   If Yes:  Name of Magistrate Judge _____
            Was the defendant arrested on the complaint?  ( ) Yes  ( X ) No

If Yes, State or Federal? _____
Writ requested ( )

Case No.: _____

Has a search warrant been issued?  ( X ) Yes  ( ) No
   If Yes:  Name of Magistrate Judge  Alistair Newbern      Case No.: 21-mj-4134

Was bond set by Magistrate/District Judge:  ( ) Yes  ( ) No  (x) Not Applicable      Amount of bond: _____

Is this a Rule 20? ( ) Yes  (x) No      To/from what district? _____
Is this a Rule 40? ( ) Yes  (x) No      To/from what district? _____

Estimated trial time:      10 days

The Clerk will issue a      (Warrant)

Detention requested: Yes ( X )  No ( )  Recommended conditions of release: _____
_____
_____
_____

(Revised January 2019)