UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:23-cr-00088 |
| v. | ) | |
| | ) | JUDGE NEWBERN |
| OLEKSII OLEKSIYOVYCH LYTVYNENKO | ) | |
| a/k/a ALEXSEY ALEXSEEVICH LITVINENKO | ) | |

## MOTION TO UNSEAL

The United States of America, by and through Taylor J. Phillips, Assistant United States Attorney for the Middle District of Tennessee, respectfully moves the Court for an Order unsealing this matter.

Respectfully submitted, this the 30th day of October, 2025.

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

*/s/ Taylor J. Phillips*
Taylor J. Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151
taylor.phillips@usdoj.gov