**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
**by VIDEO CONFERENCE**

U.S.A. v. Oleksii Oleksiyovych Lytvynenko, No. 3:23-cr-88

**ATTORNEY FOR GOVERNMENT:** Taylor Phillips

**ATTORNEY FOR DEFENDANT:** Jessica Dragonetti   ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ☒ YES ☐ NO   **LANGUAGE:** Ukrainian
**INTERPRETER:** Matilda Kuklish   ☐ PRESENT ☐ TELEPHONE ☒ VIDEO

☒ **Defendant consents to appear before the Magistrate Judge by video**

☒ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☒ ARRESTED ON: October 30, 2025
   DEFENDANT HAS A COPY OF:
   ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
   ☒ Defendant advised of the charges & maximum penalties  ☐ Defendant provided the financial affidavit
   ☒ Defendant advised right of counsel  ☐ Counsel retained  ☒ FPD appointed
   ☒ Defendant advised of right to silence  ☒ Defendant advised of right to Consular Notification
   ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
   ☒ Government filed motion for detention  ☒ Defendant waived detention hearing
   ☐ Defendant temporarily detained  ☒ Defendant reserved right to hearing in future
   ☒ Defendant to remain in Federal custody  ☐ Defendant to be returned to State custody
   ☐ Defendant to remain on current conditions of supervised release
   ☐ Defendant released on:
      ☐ Standard ☐ Special ☐ Appearance Bond: _____  ☐ Property Bond
   ☐ RULE 5- Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
   ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY** ☐ **DETENTION** ☐ **ARRAIGNMENT CONTINUED TO:** _____
   ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**   (Waiver of Indictment executed)
☒ **ARRAIGNMENT**
   ☒ Defendant acknowledges receipt of Indictment/Information  ☐ Indictment/Information read to Defendant
   ☒ Defendant waived reading thereof  ☐ Court advised maximum penalties
   **PLEA:** ☐ GUILTY  ☒ NOT GUILTY
   ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** October 30, 2025   **TOTAL TIME:** 16 minutes
**BEGIN TIME:** 12:02 p.m.   **END TIME:** 12:18 p.m.
☒ Digitally Recorded  ☐ Court Reporter: _____   2 minutes AR
                                                  14 minutes IA