RECEIVED
APR 21 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

3:23-cr-00088-1

(sm)

United States District Court for The Middle District of Tennessee Nashville Division

719 Church Street, Nashville, TN 37203

Case No: 3:23-00088

Chief judge Campbell

from: Lytvynenno Olensii prison №207199

(I don't know English, please translate from Russian to English).

Сопроводительное письмо.

Уважаемый суд, прилагаю к этому письму 3 заявления:

1. Заявление о статусе беженец (1 лист);
2. Заявление о конфискованных вещах (1 лист);
3. Заявление о закрытии дела (7 листов).

А.А. Литвиненко

18 марта 2026 год.

United Sta...
for The Middle District of
Tennesee Nashville Division
719 Church Street
Nashville, TN 37203
Case NO: 3:23-00088
Chief judge Campbell
from: Lytvynenno Oleusi
prison N 207199

( I don't know English, pleas
translate from Russian to
English).


Заявление
( Обращение, прошение)

1.   Уважаемый Суд, мне необходимо получить стат
беженца в вашей стране и легализировать мое пр
бание в вашей стране.

2. В данный момент я лишен свободы и самостоя
но не могу реализовать мое право.

3. Также у меня нет денег заплатить адвокату и о
тить пошлины и издержки.

На основании выше изложенного Прошу

- любым способом содействовать для получения
беженца и легализировать мое пребывание
вашей стране.

14. марта
2026 год

А.И. Литвине

United States District Court
for The Middle District of
Tennessee Nashville Division
719 Church Street
Nashville, TN 37203
Case No: 3:23-000 88
Chief judge Campbell
from: Lytvynenko Oleksii
prison N207199
( I don't know English, please
translate from Russian to
English).

Заявление
( Обращение, прошение).

1. 6.07. 2023 года по вашему запросу были изъяты
вещи адвоката Украины, а именно:
  - мобильный телефон iphone 11;
  - ноутбук Dell;
  - кошелек (портмане) с ценностями и вложенны-
ми в него:
    а) Удостоверение адвоката Украины;
    б) Водительское удостоверение.

2. Кроме выше указанных вещей были конфискова-
ны вещи семьи (ребенка) адвоката.

3. Прошу вас вернуть выше указанные вещи:
  - Вещи адвоката вернуть мне;
  - Вещи семьи вернуть семье.

16 марта
2026 года                                      А.А. Литвиненко

1

United States District Court
for The Middle District of
Tennessee Nashville Division
719 church Street
Nashville, TN 37203
Case No 3:23-00088
Chief judge Campbell
from: Litvynenko Olensi
pris N207199
(I don't know English, please
translate from Russian to
English).

Заявление об
Закрытии дела
Освобождение из под стражи

I. Обвинительное заключение;
1. Конспирация в Хамерстве по отношению к
3 мертвам штата Теннесси США;
2. Конспирация в Мошенничестве по отношению к
3 мертвам штата Теннесси;
3. Взыскание доходов от преступления по отношению
к 3 мертвам штата Теннесси.

II. Правовая неопределенность:
1. Противоречивость обвинения;
2. Отсутствие доказательств преступления;
3. Отсутствие доходов;
4. Срок содержания под стражей;
5. Отсутствие "Книги Обвинения."

III. Обращение к судъи.

I. Обвинительное заключение:
22 мая 2023 года большое жюри штата Теннесси США приняло обвинительное заключение относительно Литвиненко Алексея по следующим обвинениям:

1. Литвиненко Алексей добровольно присоединился к совершению преступлений против 3 предприятий штата Теннесси, в нарушение ст 371 И.З.К., а именно:
   - Получил доступ к защищённым компьютерам 3 предприятий штата Теннесси без разрешения и получил информацию с компьютеров 3 предприятий штата Теннесси в целях финансовой выгоды, в нарушение ст 1030 (a) (2)(с) и (с) (2) (В) (i);
   - Осознанно передал информацию и команду, передал программу защищённому компьютеру 3 предприятий штата Теннесси, в результате чего было причинено вред защищённому компьютеру, а также причинены убытки 3 предприятиям штата Теннесси, в нарушение ст 1030 (a) (5) (А) и (с) (4) (В);
   - Передал сообщение о требовании денег в связи с повреждением защищённого компьютера 3 предприятий штата Теннесси, в межгосударственной и внешней торговли, в нарушение ст 1030 (a) (7) (с) и (с) (3) (А).

2. Литвиненко Алексей добровольно присоединился к совершению преступлений против 3 предприятий штата Теннесси, в нарушение ст 1343 И.З.К., а именно:
   - Придумал неестественный способ обмана 3 предприятий штата Теннесси, а также получить деньги от 3 предприятий штата Теннесси с помощью ложных притворств, мошеннических заявлений, обещаний и передал знаки и сигналы через проволочную связь, в нарушение ст. 1343 И.З.К. США.

Case 3:23-cr-00088    Document 36    Filed 04/21/26    Page 5 of 11 PageID #: 212

3. Дополнительно тюри выдвинуло требование о конфиска-
ции доходов, полученных от преступлений, совершенных
по отношению к 3 предприятиям Теннесси.

## II Правовая неопределенность:

Уголовный закон, который ограничивает свободу человека
точный и определенный, что-бы человек мог предвидеть пос-
ледствия и результаты, а также своевременно принять ме-
ры необходимые. (Данный принцип заложен в ст. 5 Конвен-
ции прав человека и законе о Политических правах чело-
века).

Если нарушается правовая определенность, возникает произ-
вол.

1. - До сегоднишнего дня, я точно не знаю в чем именно
меня обвиняют, поскольку 1 преступление о правте,
вымогательстве и нанесение повреждений полностью
противоречит 2 преступлению, а именно получение де-
нег используя обман, доверительное отношение.
  - Нет также правовой определенности из-за того, что
не указана роль Либлянина Алексея в преступлениях
против 3 жертв штата Теннесси США.
  - Способ получения денег от 3 жертв штата Теннесси
необходимо знать для класфикации преступления. и
финансовой ответственности, в том числе были ли деньги
переданы по вымогательству или получены при помо-
щи мошеннических заверений и обещаний от 3
жертв штата Теннесси.

2. - Согласно законов США, в делах об конспирации, участ-
ник несёт ответственность в тех преступлениях (эпизодах)
в которых он участвовал и совершал, а также давал
согласие.

Case 3:23-cr-00088    Document 36    Filed 04/21/26    Page 6 of 11 PageID #: 213

- В обвинительном заключении от 22 мая 2023 года указано, что преступления совершены по отношению к 3 жертвам штата Теннесси. Это означает:

  а) 3 жертвы, не 5 и не 10 и не меньше и не больше.

  б) 3 жертвы штата Теннесси, не другой страны и не другого штата США.

- Лишение свободы Литвиненко Алексея и доказывание виновности должно происходить надлежащим образом и надлежащими доказательствами, а именно: преступления других государств и штатов, должны доказываться приговорами других государств и штатов. Преступления штата Теннесси должны доказываться доказательствами штата Теннесси. ( Я не понимаю вопрос о законности доказательств и допустимости доказательств).

- Когда преступления доказываются "Буквами", "Словами", "Предложениями", а не доказательствами то существует " Презумпция не виновности".

- На сегодняшний день обвинение не предоставило доказательств того, что Литвиненко Алексей совершил преступление по отношению к:

  а) 3 предприятиям;

  б) 3 предприятиям штата Теннесси;

  Соответственно нет доказательств либо в отношении совершенных преступлений против 3 жертв штата Теннесси.

  3. До сегодняшнего дня не предъявлено доказательств, что Литвиненко Алексей получил доходы от преступлений

y

b

по отношению к 3 жертвам штата Теннесси США, тем более что 1 из жертв денег не платила. Соответственно нет доказательств получения доходов за совершённые преступления.

4. – На сегодняшний день, срок содержания Литвиненко Алексея под стражей практически 33 месяца. Согласно аффидевита предоставленного в Ирландию обвинением, Литвиненко Алексей имеет 5 месяцев "Кредита" нахождения в тюрьме Ирландии и США. Данная позиция отражена и в решении Высокого Суда Ирландии п. 103. Таким образом срок пребывания Литвиненко Алексея 38 месяцев в тюрьме.

– Согласно аффидевита обвинения предоставленого в суд Ирландии и соответственно решения Высокого Суда Ирландии, средний срок за вменяемые преступления 22 месяца. (п. 103 решения Высокого Суда Ирландии).

– Используя правовую определенность, если обвинение не солгало в суде Ирландии и не будет предвзято вести дело, можно просчитать приблизительный срок содержания под стражей на основании того, если будет доказана вина Литвиненко Алексея в совершении преступлений по отношению к 3 предприятиям Теннесси.

– Общий расчёт:
1.) Общий экономический уровень 6 ( 2 В. 1. 1)
2.) Общие потери 3 предприятий 680 тысяч, увеличиваем на 14 (2 В. 1. 1)
3.) Делаем поправку и увеличиваем до 24 если будут учитываться другие отягчающие факторы.

– 24 уровень это 51 – 63 месяца тюрьмы.

– Теперь применим сокращения (общие, без депортации).
1.) Сокращаем на 2, поскольку Литвиненко не имеет криминального прошлого и может

применить Zero уровень.

2) Согласно пункта 3В1.2 сокращаем на 4, поскольку Мишле-нию был минимальным участником, согласно данных предоставленых обвинением Мишленю было перечислено 3000 - 4000 долларов.

— Соответственно имеем уровень 18, а это 27-33 месяца тюрьмы.
Таким образом 18 уровень и срок 27-33 месяца тюрьмы совпадает с аффидевитом обвинения и сроком наказания указанном в п. 103 решения Высокого суда Ирландии.
— Иными словами, дальнейшее содержание Мишленя Алексея под стражей является нецелесообразным.

5. До сегодняшнего дня, обвинением не было предоставлено как иным лицам которые заключены под стражу - "Книгу Обвинения", в которой будет четко описаны.
— Действия работников FBI, полномочия, которые в случаях нарушения закона могут быть признаны не законными. В том числе должны быть предоставлены аффидевиты FBI.
— Решения судов которыми руководствовались работники FBI при проведении расследования, объем разрешенных действий и прав, а также используемые процедуры, которые в случаях нарушения закона могут быть признаны не законными.
— Доказательства и информация которая была передана работникам FBI для обработки. Список фотографий которые передавали по всем обвинен на основании решений судов. И если переданая информация, отличается от предоставленной информации от FBI, то признать такую информацию не закон-

- логически структурированная информация о преступлении, экспертизы проведенные, для того чтобы я и Суд могли дать оценку доказательствам и решить вопрос о допустимости доказывания и использования этих записей.

На сегодняшний день я не знаю что именно я совершил, и не могу соответственно предоставить свои доказательства, "Алиби", обжаловать незаконность действий и процедур. (Также Суд вынес ордер и я не могу знакомиться с делом)

IV Обращение к Судье:

- На основании выше изложенного я нахожусь в правовой неопределенности связанной с:

1) Противоречивостью обвинения;
2) Отсутствия доказательств совершения преступлений, по обвинению и з жертвам штата Теннесси;
3) Отсутствием доступа к "Книге обвинения" и материалам расследования;
4) Отсутствия доказательств получения доходов от преступлений по отношению и з жертвам штата Теннесси;
5) Истечение срока наказания, которое понёс Литвиненко Алексей в тюрьме.

- На основании выше изложенного прошу Суд:

1) Полностью закрыть дело против меня, (иным способом защитить мои права).

18. 03. 2026

А. Р. Литвиненко

Legal papers

© USPS 2022

Crittenden County
Detention Center
208 West Carlile Street
Marion KY 42064

LOUISVILLE KY 400
17 APR 2026 PM 2 L



FOREVER / USA

United States District Court
for The Middle District of
Tennessee Nashville Division
719 Church Street
Nashville, TN 37203

RECEIVED

APR 21 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**JAIL MAIL**