**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**OLEKSII OLEKSIYOVYCH** )<br>**LYTVYNENKO** ) | **NO. 3:23-cr-00088**<br><br>**JUDGE CAMPBELL** |

## <u>ORDER</u>

On April 23, 2026, the Court received a 10-page letter from Defendant in his native language, Russian. (Doc. No. 36). Defendant is advised that the Court is unable to translate the letter from Russian to English. However, attorneys Jessica Dragonetti and Michael Holley have been appointed to represent Defendant in this case. Ms. Dragonetti and Mr. Holley will review Defendant's letter and make submissions to the Court on his behalf where appropriate.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE